**CORCEL CORPORATION, INC.,**
Plaintiff-Appellant,

v.

**FERGUSON ENTERPRISES, INC., A Virginia Corporation, Line-Tec, Inc., A Florida Corporation, AKA Services, Inc., A Florida Corporation, Defendants-Appellees.**

No. 15-15315
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

Filed (January 30, 2017)

Ricardo Corona, Nina Tarafa, Corona Law Firm, PA, Miami, FL, for Plaintiff-Appellant

Christopher N. Bellows, Holland & Knight, LLP, Miami, FL, Alison K. Brown, Eleni Sevasti Kastrenakes, William Newton Shepherd, Seth Jason Welner, Matthew Z. Zimmerman, Holland & Knight, LLP, West Palm Beach, FL, for Defendant-Appellee Ferguson Enterprises, Inc.

Leonard Feuer, Leonard Feuer, PA, West Palm Beach, FL, for Defendant-Appellee Line-Tec, Inc.

Chase A. Berger, Laura Elizabeth Burgess, Berger Firm, PA, Hollywood, FL, for Defendant-Appellee AKA Services, Inc.

Before TJOFLAT, HULL and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

After review and careful consideration of the parties' briefs and the record, we affirm the district court's order granting Defendants-Appellees' motions for summary judgment, which concluded that the statute of limitations barred Plaintiff-Appellant's civil Racketeer Influence and Corrupt Organizations Act claims, 18 U.S.C. §§ 1961-1968. The parties are already familiar with the facts and procedural history, and we affirm for the reasons outlined in the district court's thorough and well-reasoned order dated March 8, 2016.

**AFFIRMED.**